IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ESTATE OF THENAUS WILLIAMSON**                                                               **PLAINTIFF**

v.                               **CASE NO. 3:23-CV-00023-BSM**

**PENNYMAC LOAN SERVICES LLC** *et al.*,                                              **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE